*Jones,* 607 S.W.2d 740[2] (Mo.App.1980), and MAI–CR 2d 2.01, Note 2.

No purpose would be served by a full written opinion. Judgment affirmed pursuant to Rule 30.25(b).

---

STATE of Missouri,
Plaintiff-Respondent,

v.

Pierre SWINK, Defendant-Appellant.

No. 46910.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 13, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Denied Jan. 17, 1984.

Application to Transfer Denied Feb. 15, 1984.

SHELTER MUTUAL INSURANCE COMPANY, Respondent,

v.

Motion For Rehearing and/or Transfer to Supreme Court Denied Jan. 17, 1984.

Application to Transfer Denied Feb. 15, 1984.

Henry Robertson, Asst. Public Defender, St. Louis, for defendant-appellant.

Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM.

Appeal from jury conviction for kidnapping and robbery and court-imposed consecutive five and ten year sentences.

Defendant relies on refusal of his verbose not-in-MAI-CR identification instruction, comparable to that *refused* in *State v. Higgins,* 592 S.W.2d 151 [19, 20] (Mo. banc 1979). Refusal accorded with *State v.*